1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 1:14-cv-01816-TLN-SKO |
| 12        Plaintiff, | **EX PARTE APPLICATION FOR ORDER FOR DEPOSIT OF FUNDS IN REGISTRY OF COURT; ORDER** |
| 13        v. | |
| 14  13.03 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; JOSEPH M. HANNEGAN, TRUSTEE UNDER THE JOSEPH E. HANNEGAN TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; HEIRS AND ASSIGNS OF GARY A. CHRISTENSEN; HEIRS AND ASSIGNS OF EVA C. CHRISTENSEN; CHICAGO TITLE INSURANCE COMPANY; HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS; ARLENE REYNOLDS, TRUSTEE UNDER THE REYNOLDS SURVIVOR'S TRUST; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, | [GENERAL ORDER 531; LOCAL RULE 150(b)] |
| 25        Defendants. | |

1  The United States of America hereby requests that the Court issue an order requiring the Clerk of the Court to accept from the United States of America a check in the amount of ONE MILLION SIX HUNDRED FIFTY SIX THOUSAND DOLLARS AND 00/100 ($1,656,000.00) for deposit in the registry of the Court pending further order of the Court.  In support whereof, the United States represents as follows:

2\. 1.  The United States is in the process of exercising its authority to condemn and otherwise take property under 40 U.S.C. § 3114.  Section 3114 provides that on "filing the declaration of taking and depositing in the court . . . the amount of estimated compensation stated in the declaration—(1) title to the estate or interest specified in the declaration vests in the Government; (2) the land is condemned and taken for the use of the Government; and (3) the right to just compensation for the land vests in the persons entitled to the compensation."  Hence, the United States is required to file a declaration of taking and deposit an amount of estimated compensation in order to comply with 40 U.S.C. § 3114.

2.  Concurrently herewith, the United States is filing a Declaration of Taking pursuant to 40 U.S.C. § 3114.

WHEREFORE, the United States of America requests that the Court issue an order requiring the Clerk of the Court to accept from the United States of America a check in the amount of ONE MILLION SIX HUNDRED FIFTY SIX THOUSAND DOLLARS AND 00/100 ($1,656,000.00) for deposit in the registry of the Court pending further order of the Court.

DATED: November 19, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  December 5, 2014

_____
Troy L. Nunley
United States District Judge