BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-cv-01816-TLN-SKO |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL OF CARL ADAIR BROWN *AKA* C. ADAIR BROWN, BASED UPON DISCLAIMER; ORDER THEREON |
| v. | |
| 13.03 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; JOSEPH M. HANNEGAN, TRUSTEE UNDER THE JOSEPH E. HANNEGAN TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; HEIRS AND ASSIGNS OF GARY A. CHRISTENSEN; HEIRS AND ASSIGNS OF EVA C. CHRISTENSEN; CHICAGO TITLE INSURANCE COMPANY; HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS; ARLENE REYNOLDS, TRUSTEE UNDER THE REYNOLDS SURVIVOR'S TRUST; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, | |
| Defendants. | |

Defendant CARL ADAIR BROWN *AKA* C. ADAIR BROWN (hereinafter "CARL ADAIR

BROWN") and Plaintiff the United States of America, submit the following stipulation to the Court for

1   its approval.

2        First, CARL ADAIR BROWN disclaims interest or estate in the real property interests that are

3   the subject matter of this federal condemnation action.  This disclaimer does not extend to any other

4   assets held by other parties to this action.

5        Second, in light of this disclaimer of interest in the subject matter of this action, the parties

6   request that CARL ADAIR BROWN be dismissed as Defendant in this action, and that any further

7   service of documents upon CARL ADAIR BROWN following service of this Order, is not necessary,

8   and that CARL ADAIR BROWN may be omitted from the caption of this case in all subsequent filings

9   with the Court.

10       **Finally, the other parties remain in the case and this dismissal does not close the case file.**

11

12                                    BENJAMIN B. WAGNER
                                      United States Attorney
13

14
     Date:   11/26/14                 /s/
15                          By:       LYNN TRINKA ERNCE
                                      Assistant United States Attorney
16                                    Attorneys for Plaintiff, United States of America

17

18
     Date:   11/24/14                 /s/
19                          By:       CARL ADAIR BROWN *AKA* C. ADAIR BROWN

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL OF CARL          2
ADAIR BROWN *AKA* C. ADAIR BROWN

**<u>ORDER</u>**

IT IS ORDERED that Defendant CARL ADAIR BROWN *AKA* C. ADAIR BROWN (hereinafter "CARL ADAIR BROWN") is dismissed as Defendant in this action.  The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon CARL ADAIR BROWN, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said CARL ADAIR BROWN may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated:  December 5, 2014

_____
Troy L. Nunley
United States District Judge