BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>13.03 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; JOSEPH M. HANNEGAN, TRUSTEE UNDER THE JOSEPH E. HANNEGAN TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; HEIRS AND ASSIGNS OF GARY A. CHRISTENSEN; HEIRS AND ASSIGNS OF EVA C. CHRISTENSEN; CHICAGO TITLE INSURANCE COMPANY; HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS; ARLENE REYNOLDS, TRUSTEE UNDER THE REYNOLDS SURVIVOR'S TRUST; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS,<br><br>　　　　　Defendants. | CASE NO. 1:14-cv-01816-TLN-SKO<br><br>STIPULATION AND ORDER OF DISMISSAL OF HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS, BASED UPON DISCLAIMER; ORDER THEREON |

　　　Defendant HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS and Plaintiff the United States of America, submit the following stipulation to the Court for its approval.

1  First, HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS disclaims interest or estate in the real property interests that are the subject matter of this federal condemnation action.  This disclaimer does not extend to any other assets held by other parties to this action.

Second, in light of this disclaimer of interest in the subject matter of this action, the parties request that HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS be dismissed as Defendant in this action, and that any further service of documents upon HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS following service of this Order, is not necessary, and that HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS may be omitted from the caption of this case in all subsequent filings with the Court.

**Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date: 12/01/14

By: */s/*
LYNN TRINKA ERNCE
Assistant United States Attorney
Attorneys for Plaintiff, United States of America

Date: 11/26/14

By: */s/*
HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS

**ORDER**

IT IS ORDERED that Defendant HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS is dismissed as Defendant in this action.  The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated:  December 5, 2014

_____
Troy L. Nunley
United States District Judge