1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5

6  Attorneys for United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 1:14-cv-01816-TLN-SKO |
| 12          Plaintiff, | STIPULATION AND ORDER OF DISMISSAL OF JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING, BASED |
| 13        v. | UPON DISCLAIMER; ORDER THEREON |
| 14  13.03 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF | |
| 15  CALIFORNIA; JOSEPH M. HANNEGAN, TRUSTEE UNDER THE JOSEPH E. | |
| 16  HANNEGAN TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA | |
| 17  CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA | |
| 18  CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* | |
| 19  J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; | |
| 20  HEIRS AND ASSIGNS OF GARY A. CHRISTENSEN; HEIRS AND ASSIGNS OF | |
| 21  EVA C. CHRISTENSEN; CHICAGO TITLE INSURANCE COMPANY; HEIRS AND | |
| 22  ASSIGNS OF WILLIAM R. REYNOLDS; ARLENE REYNOLDS, TRUSTEE UNDER | |
| 23  THE REYNOLDS SURVIVOR'S TRUST; TULARE COUNTY TREASURER AND TAX | |
| 24  COLLECTOR; and UNKNOWN OWNERS, | |
| 25          Defendants. | |

26

27     Defendant JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D.

28  KING (hereinafter "JOYCE D. TZUGARIS") and Plaintiff the United States of America, submit the

   STIPULATION AND ORDER OF DISMISSAL OF           1
   JOYCE D. TZUGARIS

following stipulation to the Court for its approval.

First, JOYCE D. TZUGARIS disclaims interest or estate in the real property interests that are the subject matter of this federal condemnation action. This disclaimer does not extend to any other assets held by other parties to this action.

Second, in light of this disclaimer of interest in the subject matter of this action, the parties request that JOYCE D. TZUGARIS be dismissed as Defendant in this action, and that any further service of documents upon JOYCE D. TZUGARIS following service of this Order, is not necessary, and that JOYCE D. TZUGARIS may be omitted from the caption of this case in all subsequent filings with the Court.

**Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date: 12/08/14

By: */s/*
LYNN TRINKA ERNCE
Assistant United States Attorney
Attorneys for Plaintiff, United States of America

Date: 12/01/14

By: /s/
JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING

STIPULATION AND ORDER OF DISMISSAL OF JOYCE D. TZUGARIS

2

# ORDER

IT IS ORDERED that Defendant JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING (hereinafter "JOYCE D. TZUGARIS") is dismissed as Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon JOYCE D. TZUGARIS, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said JOYCE D. TZUGARIS may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated:  December 10, 2014

_____
Troy L. Nunley
United States District Judge