1  BENJAMIN B. WAGNER
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5
6  Attorneys for United States of America
7
8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 1:14-cv-01816-TLN-SKO |
| 12             Plaintiff, | STIPULATION AND ORDER OF DISMISSAL OF ROSEDALE WATER COMPANY, A |
| 13             v. | CALIFORNIA CORPORATION, BASED UPON DISCLAIMER; ORDER THEREON |
| 14  13.03 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF | |
| 15  CALIFORNIA; JOSEPH M. HANNEGAN, TRUSTEE UNDER THE JOSEPH E. | |
| 16  HANNEGAN TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA | |
| 17  CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA | |
| 18  CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* | |
| 19  J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; | |
| 20  HEIRS AND ASSIGNS OF GARY A. CHRISTENSEN; HEIRS AND ASSIGNS OF | |
| 21  EVA C. CHRISTENSEN; CHICAGO TITLE INSURANCE COMPANY; HEIRS AND | |
| 22  ASSIGNS OF WILLIAM R. REYNOLDS; ARLENE REYNOLDS, TRUSTEE UNDER | |
| 23  THE REYNOLDS SURVIVOR'S TRUST; TULARE COUNTY TREASURER AND TAX | |
| 24  COLLECTOR; and UNKNOWN OWNERS, | |
| 25             Defendants. | |

26
27       Defendant ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION (hereinafter

28  "ROSEDALE") and Plaintiff the United States of America, submit the following stipulation to the Court

   STIPULATION AND ORDER OF DISMISSAL OF          1
   ROSEDALE WATER COMPANY

1  for its approval.

2  First, ROSEDALE disclaims interest or estate in the real property interests that are the subject

3  matter of this federal condemnation action.  This disclaimer does not extend to any other assets held by

4  other parties to this action.

5  Second, in light of this disclaimer of interest in the subject matter of this action, the parties

6  request that ROSEDALE be dismissed as Defendant in this action, and that any further service of

7  documents upon ROSEDALE following service of this Order, is not necessary, and that ROSEDALE

8  may be omitted from the caption of this case in all subsequent filings with the Court.

9  **Finally, the other parties remain in the case and this dismissal does not close the case file.**

10

11                                          BENJAMIN B. WAGNER
                                            United States Attorney
12

13
    Date:  12/15/14                          */s/*
14                              By:         LYNN TRINKA ERNCE
                                            Assistant United States Attorney
15                                          Attorneys for Plaintiff, United States of America

16

17
    Date:  12/08/14                          /s/
18                              By:         ROSEDALE WATER COMPANY, A CALIFORNIA
                                            CORPORATION
19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL OF                2
ROSEDALE WATER COMPANY

**ORDER**

IT IS ORDERED that Defendant ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION (hereinafter "ROSEDALE") is dismissed as Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon ROSEDALE, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said ROSEDALE may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated:  December 16, 2014

Troy L. Nunley
United States District Judge