1 | BENJAMIN B. WAGNER
United States Attorney
2 | LYNN TRINKA ERNCE
Assistant United States Attorney
3 | 501 I Street Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

6 | Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-cv-01816-TLN-SKO |
| Plaintiff, | STIPULATION  OF DISMISSAL OF CHICAGO TITLE INSURANCE COMPANY, BASED UPON DISCLAIMER; ORDER THEREON |
| v. | |
| 13.03 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; JOSEPH M. HANNEGAN, TRUSTEE UNDER THE JOSEPH E. HANNEGAN TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; HEIRS AND ASSIGNS OF GARY A. CHRISTENSEN; HEIRS AND ASSIGNS OF EVA C. CHRISTENSEN; CHICAGO TITLE INSURANCE COMPANY; HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS; ARLENE REYNOLDS, TRUSTEE UNDER THE REYNOLDS SURVIVOR'S TRUST; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, | |
| Defendants. | |

Defendant CHICAGO TITLE INSURANCE COMPANY (hereinafter "CHICAGO TITLE") and

Plaintiff the United States of America, submit the following stipulation to the Court for its approval.

STIPULATION AND ORDER OF DISMISSAL OF                      1
CHICAGO TITLE INSURANCE COMPANY

First, CHICAGO TITLE disclaims interest or estate in the real property interests that are the subject matter of this federal condemnation action.  This disclaimer does not extend to any other assets held by other parties to this action.

Second, in light of this disclaimer of interest in the subject matter of this action, the parties request that CHICAGO TITLE be dismissed as Defendant in this action, and that any further service of documents upon CHICAGO TITLE following service of this Order, is not necessary, and that CHICAGO TITLE may be omitted from the caption of this case in all subsequent filings with the Court.

**Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date:  1/5/15                     By:    */s/*
                                         LYNN TRINKA ERNCE
                                         Assistant United States Attorney
                                         Attorneys for Plaintiff, United States of America


Date:  12/29/14                   By:    */s/*
                                         CHICAGO TITLE INSURANCE COMPANY

STIPULATION AND ORDER OF DISMISSAL OF          2
CHICAGO TITLE INSURANCE COMPANY

**ORDER**

IT IS ORDERED that Defendant CHICAGO TITLE INSURANCE COMPANY (hereinafter "CHICAGO TITLE") is dismissed as Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon CHICAGO TITLE, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said CHICAGO TITLE may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated: January 6, 2015

_____
Troy L. Nunley
United States District Judge