BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CV-01816 TLN SKO |
| Plaintiff, | **ORDER AUTHORIZING DISBURSEMENT OF $1,656,000.00 DEPOSIT** |
| v. | |
| 13.03 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; JOSEPH M. HANNEGAN, TRUSTEE UNDER THE JOSEPH E. HANNEGAN TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; HEIRS AND ASSIGNS OF GARY A. CHRISTENSEN; HEIRS AND ASSIGNS OF EVA C. CHRISTENSEN; CHICAGO TITLE INSURANCE COMPANY; HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS; ARLENE REYNOLDS, TRUSTEE UNDER THE REYNOLDS SURVIVOR'S TRUST; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, | |
| Defendants. | |

1  Following a stipulation, filed herein, by and between the United States of America and Joseph
2  M. Hannegan, Trustee Under The Joseph E. Hannegan Family Trust Dated May 3, 1989 ("Trustee"), the
3  Court is fully informed and finds:
4  The subject property is situated in the County of Tulare, State of California, as more particularly
5  described in the Complaint and Declaration of Taking filed herein.
6  On November 20, 2014, the United States filed a Complaint and a Declaration of Taking which
7  describe the estate and interests in the subject property condemned by this action, and delivered a check
8  for $1,656,000.00 to the Clerk of the Court as estimated just compensation for the taking of such estate
9  and interests. The Clerk deposited the check into the Court's registry account on November 25, 2014.
10 The Trustee has warranted and represented that he held fee title to the subject property as of
11 November 20, 2014 and November 25, 2014.
12 The United States and the Trustee have entered into a stipulation whereby the Trustee has agreed
13 to accept payment of $1,656,000.00 as just compensation for the Trustee's interests in the subject
14 property. The parties have requested that the Court order the Clerk to disburse the $1,656,000.00 as soon
15 as possible under Rule 71.1(j)(2) of the Federal Rules of Civil Procedure.
16 Based on the stipulation and good cause appearing therefore,
17 IT IS HEREBY ORDERED that the stipulation is approved in its entirety;
18 IT IS FURTHER ORDERED that, as soon as possible, and no later than thirty (30) days after the
19 date of entry of this Order, the Clerk shall distribute $1,656,000.00 by check made payable to "Joseph M.
20 Hannegan, Trustee Under The Joseph E. Hannegan Family Trust Dated May 3, 1989" and mailed to:
21     Joseph M. Hannegan
        2039 Stratford Avenue
22      South Pasadena, CA 91030
23 This payment shall be full, adequate, and just compensation for all of the Trustee's interests in the
24 estates and interests condemned in this action and shall be in full satisfaction of any and all claims of
25 whatsoever nature by the Trustee against the United States of America in any way related to the institution
26 and prosecution of this action.
27 ///
28 ///

ORDER AUTHORIZING DISBURSEMENT OF
$1,656,000.00 DEPOSIT

2

1 | Upon payment of the $1,656,000.00 to the Trustee, the Clerk is directed to enter satisfaction of
2 | judgment of record as to the Trustee.

3 | The parties shall be responsible for their own legal fees, costs, and expenses.

5 | Dated: January 14, 2015

Troy L. Nunley
United States District Judge