BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br>    v. <br><br>13.03 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; JOSEPH M. HANNEGAN, TRUSTEE UNDER THE JOSEPH E. HANNEGAN TRUST; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; BARBARA J. BROWN; HEIRS AND ASSIGNS OF GARY A. CHRISTENSEN; HEIRS AND ASSIGNS OF EVA C. CHRISTENSEN; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS, <br><br>    Defendants. | CASE NO. 1:14-cv-01816 TLN SKO <br><br>**ORDER FOR DELIVERY OF POSSESSION** |

THIS MATTER having come before the Court upon the *ex parte* motion of plaintiff United States of America for an order for immediate delivery of possession to the United States of the property described in the Declaration of Taking filed herein, and it appearing that the United States is entitled to possession of said property upon due consideration of the motion,

IT IS HEREBY ORDERED that the right to immediate possession of the property condemned, herein, is vested in the United States of America and that all defendants in this action, and all persons in possession or control of the property, as described in the Declaration of Taking, shall immediately surrender possession of the property to the United States.

ORDER FOR DELIVERY OF POSSESSION
(HANNEGAN)

1

1  IT IS FURTHER ORDERED that a copy of this order shall be served upon any persons in possession or control of the subject property forthwith.

Dated:  February 9, 2015

Troy L. Nunley
United States District Judge