BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>13.03 ACRES OF LAND, MORE OR LESS, SITUATE IN TULARE COUNTY, STATE OF CALIFORNIA; JOSEPH M. HANNEGAN, TRUSTEE UNDER THE JOSEPH E. HANNEGAN TRUST; ROSEDALE WATER COMPANY, A CALIFORNIA CORPORATION; SUCCESS DEVELOPMENT COMPANY, A CALIFORNIA CORPORATION; JOYCE D. TZUGARIS *AKA* JOYCE D. KING *AKA* J.D. TZUGARIS *AKA* J.D. KING; CARL ADAIR BROWN *AKA* C. ADAIR BROWN; BARBARA J. BROWN; HEIRS AND ASSIGNS OF GARY A. CHRISTENSEN; HEIRS AND ASSIGNS OF EVA C. CHRISTENSEN; CHICAGO TITLE INSURANCE COMPANY; HEIRS AND ASSIGNS OF WILLIAM R. REYNOLDS; ARLENE REYNOLDS, TRUSTEE UNDER THE REYNOLDS SURVIVOR'S TRUST; TULARE COUNTY TREASURER AND TAX COLLECTOR; and UNKNOWN OWNERS,<br><br>              Defendants. | CASE NO. 1:14-cv-01816 TLN SKO<br><br>STIPULATION AND ORDER OF DISMISSAL OF TULARE COUNTY TREASURER AND TAX COLLECTOR, BASED UPON DISCLAIMER; ORDER THEREON |

STIPULATION AND ORDER OF DISMISSAL OF
TULARE COUNTY TREASURER AND TAX
COLLECTOR (Hannegan)

1

1  Defendant TULARE COUNTY TREASURER AND TAX COLLECTOR (hereinafter
2  "TULARE COUNTY") and plaintiff the United States of America, submit the following stipulation to
3  the Court for its approval.
4  First, TULARE COUNTY disclaims interest or estate in the real property interests that are the
5  subject matter of this federal condemnation action. This disclaimer does not extend to any other assets
6  held by other parties to this action.
7  Second, in light of this disclaimer of interest in the subject matter of this action, the parties
8  request that TULARE COUNTY be dismissed as Defendant in this action, and that any further service
9  of documents upon TULARE COUNTY following service of this Order, is not necessary, and that
10 TULARE COUNTY may be omitted from the caption of this case in all subsequent filings with the
11 Court.
12 **Finally, the other parties remain in the case and this dismissal does not close the case file.**

BENJAMIN B. WAGNER
United States Attorney

Date: 2/12/2015    By:    */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney
Attorneys for Plaintiff, United States of America

KATHLEEN BALES-LANGE
Tulare County Counsel

Date: 2/11/2015    By:    /s/ Kathleen A. Taylor
KATHLEEN A. TAYLOR
Deputy County Counsel
Attorneys for Defendant Tulare County Treasurer and Tax Collector

STIPULATION AND ORDER OF DISMISSAL OF
TULARE COUNTY TREASURER AND TAX
COLLECTOR (Hennegan)

2

**ORDER**

IT IS ORDERED that Defendant TULARE COUNTY TREASURER AND TAX COLLECTOR (hereinafter "TULARE COUNTY") is dismissed as Defendant in this action. The Clerk of the Court is directed to terminate said Defendant from the Official Docket of this case.

IT IS FURTHER ORDERED that, after this Order is served upon TULARE COUNTY, no further documents in this case need to be served upon said Defendant.

IT IS FURTHER ORDERED that said TULARE COUNTY may be omitted from the caption of this case in all future filings.

**IT IS FURTHER ORDERED that other Defendants remain in the case, which is to remain open.**

Dated: February 12, 2015

_____
Troy L. Nunley
United States District Judge